IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAN DELGADO ROJAS,

    Plaintiff,

v.

WILLIE'S WOODWORKING, LLC, an Oregon limited liability company, and DALE MCCLEARY, an individual,

    Defendants.

Civ. No. 6:18-cv-01121-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 31), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 31) is adopted. Plaintiff's Motion for Default Judgment (ECF No. 12) is GRANTED.

IT IS SO ORDERED.

    DATED this 25th day of October, 2019.

1 –ORDER

/s/ Michael J. McShane
Michael McShane
United States District Judge