IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAN DELGADO ROJAS,

    Plaintiff,

v.

WILLIE'S WOODWORKING, LLC, an Oregon limited liability company, and DALE MCCLEARY, an individual,

    Defendants.

Civ. No. 6:18-cv-001121-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 35), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 35) is adopted. Plaintiff's Motion for

1 – ORDER

Attorney Fees and Costs (ECF No. 28) is GRANTED. Plaintiff is entitled to $9,560.00 in attorney fees and $764.00 in costs.

IT IS SO ORDERED.

DATED this 5th day of December, 2019.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge